AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 427**

SUMMONS IN A CIVIL CASE

BlueAir Inc.

CASE NUMBER:

V.

ASSIGNED JUDGE:

Apple, Inc.

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE SHADUR
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Apple, Inc.
c/o Registered Agent:
CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John R. Crossan
Chapman and Cutler LLP,
111 W. Monroe St.
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*
(By) DEPUTY CLERK

**January 18, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/23/08 |
| NAME OF SERVER (PRINT) Richard Davis | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Registered Agent: CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/23/08
　　　　　　　/Date　　　　　Signature of Server: Richard Davis

Address of Server: IKON: 101 N. Wacker Drive

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.