IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUEAIR, INC., )<br>    A Delaware Corporation, )<br>  )<br>      Plaintiff, )<br>  )<br>  v. )<br>  )<br>APPLE, INC. )<br>    A California Corporation, )<br>  )<br>      Defendant. ) | Case No. 08 C 427<br><br>Hon. Milton I. Shadur<br>Presiding Judge |

**MOTION OF BLUEAIR INC.
TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD**

Plaintiff, BlueAir, Inc. ("*BlueAir*"), by and through its attorneys, Chapman and Cutler LLP, respectfully moves this Court to grant Defendant, Apple, Inc., an extension of time to file its answer or otherwise respond to the Complaint in the above-captioned proceeding. In support of this Motion, BlueAir states as follows:

1. BlueAir filed the above-captioned action against Apple, Inc. on January 18, 2008.

2. Apple, Inc. was served on January 23, 2008, and its response to the Complaint is currently due on or before February 12, 2008.

3. Apple, Inc. has requested an additional fourteen (14) days in which to answer or otherwise plead to the Complaint.

4. Counsel for BlueAir has agreed to an extension of fourteen (14) days, up to and including February 26, 2008, for Apple, Inc. to answer or otherwise respond to the Complaint.

5. This is the first request for an extension of time, and no party will be prejudiced by the granting of this Motion.

- 2 -

WHEREFORE, BlueAir, Inc. respectfully requests that the Court enter an order granting Apple, Inc. an extension of fourteen (14) days, up to and including February 26, 2008, to answer or otherwise respond to BlueAir's Complaint.

Dated:  February 6, 2008

                                                Respectfully submitted,

                                                BLUEAIR, INC.,

                                                By_____/s/ Jil L. Martin_____
                                                                 One of Its Attorneys

John R. Crossan
Jil L. Martin
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
(312) 845-3000

## CERTIFICATE OF SERVICE

I, Jil L. Martin, an attorney, certify that I caused a true and correct copy of the foregoing **MOTION OF BLUEAIR INC. TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD**, to be served upon outside counsel for Defendant, Apple, Inc. as follows:

> Margaret C. McHugh
> Timothy R. Cahn
> Townsend & Townsend & Crew
> 2 Embarcadero Center
> 8th Floor
> San Francisco, California  94111-3834

via electronic mail and by depositing same in the United States mail, postage prepaid, at 111 West Monroe Street, Chicago, Illinois  60603 on February 6, 2008 before the hour of 5:00 p.m.


By_____/s/ Jil L. Martin_____