IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BLUEAIR, INC., <br> A Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC. <br> A California Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 08 C 427 <br><br> Hon. Milton I. Shadur <br> Presiding Judge |

### NOTICE OF MOTION

TO:  Margaret C. McHugh
 Timothy R. Cahn
 Townsend & Townsend & Crew
 2 Embarcadero Center, 8th Floor
 San Francisco, California 94111-3834

**PLEASE TAKE NOTICE** that on February 8, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Milton I. Shadur or any judge sitting in his stead in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2303 at the Everett McKinley Dirksen Courthouse, 219 S. Dearborn St., Chicago, Illinois 60604, and then and there present the **MOTION OF BLUEAIR INC. TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD,** a copy of which is herewith served upon you.

BLUEAIR, INC.,


By       /s/ Jil L. Martin
         One of Its Attorneys

John R. Crossan
Jil L. Martin
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

2383689.01.01.doc
1718774

## CERTIFICATE OF SERVICE

I, Jil L. Martin, an attorney, certify that I caused a true and correct copy of the foregoing **NOTICE OF MOTION OF BLUEAIR INC. TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD**, to be served upon outside counsel for Defendant, Apple, Inc. as follows:

Margaret C. McHugh
Timothy R. Cahn
Townsend & Townsend & Crew
2 Embarcadero Center
8th Floor
San Francisco, California  94111-3834

via electronic mail and by depositing same in the United States mail, postage prepaid, at 111 West Monroe Street, Chicago, Illinois  60603 on February 6, 2008 before the hour of 5:00 p.m.


By  /s/ Jil L. Martin