**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

BlueAir Inc.

                              Plaintiff,

v.                                              Case No.: 1:08−cv−00427
                                                Honorable Milton I. Shadur

Apple, Inc.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 7, 2008:

        MINUTE entry before Judge Milton I. Shadur :Motion for extension of time [9] is
granted. Defendant has to and including February 26, 2008 in which to answer or
otherwise plead.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.