IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BLUEAIR, INC., <br>     A Delaware Corporation, <br><br>                   Plaintiff, <br><br>                   v. <br><br> APPLE, INC. <br>     A California Corporation, <br><br>                   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 08 C 427 <br><br> Hon. Milton I. Shadur <br> Presiding Judge |

### NOTICE OF MOTION

TO:    Margaret C. McHugh, Esq.
         Timothy R. Cahn, Esq.
         Townsend & Townsend & Crew
         2 Embarcadero Center, 8th Floor
         San Francisco, California  94111-3834

**PLEASE TAKE NOTICE** that on February 26, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Milton I. Shadur or any judge sitting in his stead in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2303 at the Everett McKinley Dirksen Courthouse, 219 S. Dearborn St., Chicago, Illinois  60604, and then and there present the **MOTION OF BLUEAIR INC. TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD AND TO CONTINUE STATUS HEARING,** a copy of which is herewith served upon you.

                                                                                     BLUEAIR, INC.,

                                                                   By         /s/ Jil L. Martin
                                                                                   One of Its Attorneys

John R. Crossan
Jil L. Martin
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
(312) 845-3000

2391891.01.01.doc
1718774

## CERTIFICATE OF SERVICE

I, Jil L. Martin, an attorney, certify that I caused a true and correct copy of the foregoing **NOTICE OF MOTION OF BLUEAIR INC. TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD AND TO CONTINUE STATUS HEARING** to be served upon outside counsel for Defendant, Apple Inc., as follows:

> Margaret C. McHugh, Esq.
> Timothy R. Cahn, Esq.
> Townsend & Townsend & Crew
> 2 Embarcadero Center
> 8th Floor
> San Francisco, California   94111-3834

via electronic mail and by depositing same in the United States mail, postage prepaid, at 111 West Monroe Street, Chicago, Illinois  60603 on February 21, 2008 before the hour of 5:00 p.m.

By  /s/ Jil L. Martin

2391891.01.01.doc
1718774