**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| BLUEAIR, INC., <br>     A Delaware Corporation, <br><br>         Plaintiff <br><br>     v. <br><br> APPLE INC., <br>     A California Corporation, <br><br>         Defendant | Civil Action No. 08-C-427 <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

    NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff BLUEAIR, INC., voluntarily dismisses with prejudice the above-captioned action.

                                                      Respectfully submitted,
                                                      BLUEAIR, INC.,


                                                      By    /s/ John R. Crossan
                                                              One of Its Attorneys

John R. Crossan
Jil L. Martin
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

Sett Agr-Attachment B.doc
1718774

## CERTIFICATE OF SERVICE

I certify that I have caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL**, to be served upon outside counsel for Defendant, Apple Inc. as follows:

> Margaret C. McHugh, Esq.
> Timothy R. Cahn, Esq.
> Townsend & Townsend & Crew
> 2 Embarcadero Center, 8th Floor
> San Francisco, California   94111-3834

by e-mail to each of them personally and by depositing same in the United States mail, postage prepaid, at 111 West Monroe Street, Chicago, Illinois  60603, on March 26, 2008

By    /s/ John R. Crossan

Sett Agr-Attachment B.doc
1718774