## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

BlueAir Inc.
                Plaintiff,

v.                               Case No.: 1:08−cv−00427
                                        Honorable Milton I. Shadur

Apple, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 28, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Civil case terminated. This action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).MAiled notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.